UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

IRON WORKERS LOCAL 12 PENSION FUND, by Garry Simmons and )
Henry Digeser, as Trustees; IRON WORKERS LOCAL 12 HEALTH )
INSURANCE FUND, by Garry Simmons and Henry Digeser, as )
Trustees; IRON WORKERS LOCAL 12 JOINT TRAINING AND )
EDUCATION FUND, by Garry Simmons and Henry Digeser, as )
Trustees; IRON WORKERS LOCAL UNION NO. 12 AND )
EMPLOYERS COOPERATIVE TRUST, by Garry Simmons and )
Henry Digeser, as Trustees; IRON WORKERS LOCAL UNION NO. ) **NOTICE OF DISMISSAL**
12, by Garry Simmons, as Business Manager, )
)
Plaintiffs, )
)
-against- )
) Civil Action No.:
BROWNELL STEEL, INC., WAYNE BROWNELL, Individually and as ) 10-cv-01183 (gls/drh)
an officer of BROWNELL STEEL, INC., and CHERYL BROWNELL, )
Individually and as an officer of BROWNELL STEEL, INC., )
)
Defendants. )

---

**PLEASE TAKE NOTICE**, that Plaintiffs dismiss the above-referenced action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated: February 7, 2011        BLITMAN & KING LLP

By: _____
Jennifer A. Clark, of Counsel
Attorneys for Plaintiffs
Office and Post Office Address
Franklin Center, Suite 300
443 North Franklin Street
Syracuse, New York 13204
Telephone: (315) 422-7111
Facsimile: (315) 471-2623
E-mail: jaclark@bklawyers.com

(coll\legal\Brownell-IW12-NotDism) jlr

SO ORDERED:

_____
U.S. District Judge
Date: February 8, 2011